JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| BENJAMIN GALVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., doing business as DISNEYLAND HOTEL, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. SACV 11-00987 JST (RNBx)<br><br>**ORDER REMANDING CIVIL ACTION TO STATE COURT** |

1  The stipulation of the parties for remand of this action having been
2  considered, and good cause appearing therefor, it is hereby ordered that this action
3  is remanded to the Superior Court of the State of California for the County of
4  Orange.

7  Dated:  May 07, 2012.

                                     Hon. Josephine Staton Tucker
                                     United States District Judge

ORDER REMANDING CIVIL ACTION TO STATE COURT